**No. 40172.**—Protests 929775–G, etc., of Atlantic & Pacific Packing Co., Inc., et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.